OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.


The State of Ohio ex rel. Jells, Appellee, v. City of Cleveland
et al., Appellants.
[Cite as State ex rel. Jells v. Cleveland (1993),      Ohio
St.3d        .]
Public records -- Witness statements from aggravated murder
     conviction case not exempt as "trial preparation records"
     under R.C. 149.43.
     (No. 93-206 -- Submitted August 16, 1993 -- Decided
October 6, 1993.)
     Appeal from the Court of Appeals for Cuyahoga County, No.
62678.
     In 1987, a three-judge panel convicted relator-appellee,
Reginald Jells, of aggravated murder and two counts of
kidnapping and sentenced Jells to death.  We affirmed.  State
v. Jells (1990), 53 Ohio St.3d 22, 559 N.E.2d 464, certiorari
denied, Jells v. Ohio (1991), 498 U.S 1111, 111 S.Ct. 1020, 112
L.Ed.2d 1101.
     In 1991, Jells' counsel requested that Cleveland officials
release all records relating to the offenses for which Jells
was convicted.  Later, Jells petitioned the court of appeals
for a writ of mandamus under R.C. 149.43 against the city of
Cleveland and Cleveland's mayor, police chief, and safety
director (herein "city").  The city released some documents,
and the court of appeals, after inspecting the records in
camera,  ordered more records released.
     The city now appeals the decision of the court of appeals
as a matter of right.

     James Kura, Ohio Public Defender, JoAnn M. Bour-Stokes and
Joseph E. Wilhelm, Assistant Public Defenders, for appellee.
     Danny R. Williams, Law Director, and Pamela A. Pfleger
Walker, Assistant Law Director, for appellants.

     Per Curiam.  The court of appeals did not abuse its
discretion in finding particular witness statements not exempt
as trial preparation records.  See State ex rel. Williams v.
Cleveland (1992), 64 Ohio St.3d 544, 597 N.E.2d 147; State ex
rel. Coleman v. Cincinnati (1991), 57 Ohio St.3d 83, 566 N.E.2d

Accordingly, the judgment of the court of appeals is affirmed.

Judgment affirmed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick and Pfeifer, JJ., concur.

F.E. Sweeney, J., not participating.